UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LLOYD HIDETAKA MAKAIPO, CHONG NAN MAKAIPO,<br><br>            Plaintiffs,<br><br>    vs.<br><br>STERLING & TUCKER, LLP,<br><br>            Defendant. | CIV. NO. 24-00406 LEK-KJM |

**ORDER ADOPTING BANKRUPTCY COURT'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL**

On September 19, 2024, the bankruptcy court transmitted its Recommendation to District Court to Withdraw Reference to Conduct Jury Trial ("Recommendation"). [Dkt. no. 1 at PageID.1 (transmittal); id. at PageID.2-3 (Recommendation).] The bankruptcy court recommended that this Court: withdraw the reference at this time to schedule a jury trial and the associated deadlines; and refer the proceeding to the bankruptcy court for all other purposes until ninety days before the trial date. On September 23, 2024, this Court issued an entering order directing the parties to file any objections to the Recommendation by October 7, 2024. [Dkt. no. 3.] No objections were filed.

This Court HEREBY ADOPTS the bankruptcy court's Recommendation. The jury trial in this case will commence on

**January 5, 2026, at 9:00 a.m.** The magistrate judge will issue a separate scheduling order setting forth the near-trial deadlines. Following the issuance of the scheduling order, this matter will be REFERRED to the bankruptcy court for all other purposes. The reference will be withdrawn ninety days before the trial date.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, October 8, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

LLOYD HIDETAKA MAKAIPO, ET AL. VS. STERLING & TUCKER, LLP; CV 24-00406 LEK-KJM; ORDER ADOPTING BACKRUPTCY COURT'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL